UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

CASE NO.:

JOHNETTA HOLDER,

       Plaintiff,

vs.

UNIQUE CREATIONS HAIR STUDIOS, LLC

       Defendant.
_____/

# COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, VERNON FREEMAN ("HOLDER" OR "PLAINTIFF"), through counsel, sues Defendant, UNIQUE CREATIONS HAIR STUDIOS, LLC ("UNIQUE" OR "DEFENDANT") and alleges the following:

1.     This is an action for damages brought under the Fair Labor Standards Act ("FLSA").

2.     Plaintiff resides in Stockbridge, Georgia and is a past employee of Defendant.

3.     At all times material hereto, Defendant was a domestic for limited liability company engaged in the cosmetology business, was licensed to transact business in the State of Georgia, conducted business in McDonough, Georgia, was an "employer" of the Plaintiff within the

meaning of 29 U.S.C. §203(d) and at all times material hereto, engaged along with its employees in interstate commerce, and had annual gross sales and/or business volume of $500,000 or more.

4. In furtherance of said business, Defendant's employees including Plaintiff handled, or otherwise worked on goods or materials that have been moved in or produced for such commerce and further utilized equipment/tools which had also moved in interstate commerce in further of Defendant's business.

5. In justifiable reliance upon Defendant's representations and promises, Plaintiff accepted employment and worked for Defendant as a receptionist at an agreed hourly rate of $7.25 per hour.

6. From about December 5, 2015 to February 16, 2016, Plaintiff worked anywhere from 28 to 49 hours per week for Defendant. Defendant refused to compensate Plaintiff her for overtime worked.

7. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

8. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")

9. Plaintiff reavers and realleges the allegations in the preceding paragraphs.

10. Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216 (b), that Plaintiff is entitled to: (i) unpaid overtime wages, and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

11. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorney's fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against the Defendant plus costs, reasonable attorney's fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Goldberg & Loren, PA
100 S. Pine Island Road-Suite 132
Plantation, FL 33324
Phone:          (954)585-4878
Facsimile:    (954)585-4886
E-Mail:         JLoren@goldbergloren.com

_____
James M. Loren, Esquire
Ga Bar No.: 551363

4